# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THE DANVILLE GROUP, INC. d/b/a
ROOTSTOCK SOFTWARE

            Plaintiff(s)

v.

AIRSYS COOLING TECHNOLOGIES, INC.

            Defendant(s)

CASE No    4:26-cv-02348-HSG

STIPULATION AND ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** (*specify process and provider*)

The parties have attempted settlement negotiations but have been unable to resolve the matter.  The parties agree to pursue additional private settlement efforts.

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*

☐ other requested deadline:

Date: 6/30/26

Date: 6/30/26

/s/ Samuel B. Goodwin
Attorney for Plaintiff
/s/ Christopher Kao
Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:  7/1/2026

U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*